# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:07cv193

| | |
|---|---|
| PHALA M. ALTMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the response of Plaintiff's counsel to the Order to Show Cause previously issued by this Court.

For the reasons stated in the motion, the Court finds that the Plaintiff has shown good cause for failing to effect service. As a result, she will be provided an additional period of time within which to serve the United States Attorney.

**IT IS, THEREFORE, ORDERED** that the Plaintiff shall effect service on the United States Attorney and shall file proof of service on or before 15 days from entry of this Order.

**IT IS FURTHER ORDERED** that the Plaintiff shall file her motion for summary judgment and supporting brief along with the administrative record on or before 60 days from entry of this Order. The brief shall be limited to 25 double spaced pages in size 14 font.

**IT IS FURTHER ORDERED** that the Defendant shall file his cross-motion for summary judgment on or before 60 days from service of the Plaintiff's motion and brief. The same page and size limits apply.

Signed: October 11, 2007

Martin Reidinger
United States District Judge